# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Audree Renee Osborn,<br><br>  Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, et atl,<br><br>  Defendants. | No. CV15-2630 PHX DGC<br><br>**ORDER** |

The parties have requested an extension of time to provide the Court with a stipulation of dismissal. Doc. 29.

**IT IS ORDERED:**

1. The Court will grant a 30 day extension to the deadline to submit a stipulation of dismissal in this case.

2. The Clerk of the Court is directed to **terminate** this matter on **May 18, 2016** without further leave of Court. The parties are advised that the Court will not grant further extension of this deadline absent truly extraordinary circumstances.

Dated this 14th day of April, 2016.

_____
David G. Campbell
United States District Judge